

# Fourth Court of Appeals
## San Antonio, Texas

April 23, 2019

No. 04-19-00044-CV

**TITLE SOURCE, INC.,**
Appellants

v.

**HOUSECANARY, INC.,** formerly known as Canary Analytics, Inc.,
Appellees

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2016CI06300
Honorable David A. Canales, Judge Presiding

# O R D E R

Appellant's attorney has filed an unopposed motion seeking access to portions of the record that are sealed. The motion is GRANTED. The Clerk of this court is instructed to provide a copy of the sealed record to appellant's attorney and appellee's attorney on CD-ROM. All parties and their attorneys are ORDERED not to share the contents of the sealed record with any person except to the extent necessary to prepare their respective briefs.

In the event appellant or appellee reference the sealed record in their respective briefs, they are ORDERED to: (1) file their respective briefs in paper form only, (2) with a cover letter informing the Clerk of this court that the brief references the sealed record. *See* TEX. R. APP. P. 9.2(c)(3) (exception to electronic filing for documents under seal).

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 23rd day of April, 2019.

_Keith E. Hottle_
KEITH E. HOTTLE
Clerk of Court